**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ANDERSON ZAPATA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-335-RWS-JBB |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. The March 3, 2026 Report and Recommendation of the Magistrate Judge (Docket No. 16), which contains his proposed findings of fact and recommendations for the disposition of Petitioner's Unopposed Motion to Withdraw Motion to Vacate Under 28 U.S.C. § 2255 (Docket No. 12), has been presented the Court for consideration. The Magistrate Judge recommends Defendant's motion be granted.

No objections to the Report and Recommendation were filed. Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Court of the Magistrate Judge's findings, conclusions, and recommendations; and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined the Report and

Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a Magistrate Judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). The Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 16) as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that Petitioner's Unopposed Motion to Withdraw Motion to Vacate under 28 U.S.C. § 2255 (Docket No. 12) is **GRANTED**.

**So ORDERED and SIGNED this 6th day of April, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE